UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Petitioner,

                                          MISC. NO. 12-mc-50844

-vs-

                                          HON. ROBERT H. CLELAND

JEFFREY T. O'NEIL, PRESIDENT
OF O'NEILL METAL FORMING INC.,

      Respondent.
_____/

## ORDER OF DISMISSAL

      Petitioner having advised the Court that it wishes to dismiss without prejudice the Petition to Enforce IRS filed against the respondent, Jeffrey T. O'Neil, President of O'Neill Metal Forming, Inc.;

      IT IS HEREBY ORDERED that the Petition to Enforce IRS Summons filed against Jeffrey T. O'Neil, President of O'Neill Metal Forming, Inc., by the petitioner is hereby dismissed without prejudice.

                                          s/Robert H. Cleland
                                          ROBERT H. CLELAND
                                          United States District Judge

Dated:  10/30/2012